### NORTHWESTERN UNION PACKET CO. *v.* VILES.

**ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF WISCONSIN.**

No. 70.  Argued and submitted November 17 and 18, 1874. — Decided December 7, 1874.

*Northwestern Union Packet Co.* v. *Clough,* 21 Wall. 317, followed.

Mr. Justice Strong delivered the opinion of the court.

The errors assigned in this case are the same as those which were considered in the case of these plaintiffs against Clough and wife, just decided, except that some assigned in that case have not been assigned in this. The rejection of Turner's deposition, and the admission of the captain's declarations to Mrs. Clough are the **only** matters now brought to our attention. We need add nothing to what we have said in the former case. The same reasons that

required the reversal of the judgment obtained by Clough and his wife require the reversal of this judgment. Indeed the error here is more apparent. It does not appear that the conversation of the captain with Mrs. Clough occurred before the plaintiff left the boat, and before the relation as a passenger to the defendants or to the captain had ceased. In fact, the contrary appears.

The judgment of the Circuit Court is reversed, and a *venire de novo* is directed. *Reversed.*

*Mr. John W. Cary* and *Mr. J. P. C. Cottrell* for plaintiff in error.

*Mr. M. H. Carpenter* for defendant in error.